```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16648
   NELSY MARTINEZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-2737


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/13/2007 and was not confirmed.

     The case was dismissed without confirmation 03/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
UNIVERSAL MORTGAGE CORP   CURRENT MORTG         .00            .00             .00
UNIVERSAL MORTGAGE CORP   MORTGAGE ARRE         .00            .00             .00
UNIVERSAL MORTGAGE CORP   CURRENT MORTG         .00            .00             .00
UNIVERSAL MORTGAGE CORP   MORTGAGE ARRE         .00            .00             .00
WEST LOGAN CONDOMINIUM A  SECURED           1750.00            .00          786.24
JOSEPH L FIEGER LTD       NOTICE ONLY    NOT FILED             .00             .00
PROPERTY SOLUTIONS CHICA  SECURED            976.00            .00             .00
AAA COOK COUNTY           UNSEC W/INTER  NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER   8299.91              .00             .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER  10823.61              .00             .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER  10823.61              .00             .00
CITY OF CHICAGO PARKING   UNSEC W/INTER  NOT FILED             .00             .00
ARNOLD SCOTT HARRIS       NOTICE ONLY    NOT FILED             .00             .00
COMMONWEALTH EDISON       UNSEC W/INTER   1168.72              .00             .00
COMMONWEALTH EDISON       NOTICE ONLY    NOT FILED             .00             .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED             .00             .00
MB REAL ESTATE            UNSEC W/INTER  NOT FILED             .00             .00
MONSTER.COM               NOTICE ONLY    NOT FILED             .00             .00
FNCS                      NOTICE ONLY    NOT FILED             .00             .00
CAPITAL ONE               UNSEC W/INTER   1019.82              .00             .00
UNIVERSAL MORTGAGE CORP   NOTICE ONLY    NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER   8019.90              .00             .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED             .00             .00
GREGORY K STERN           DEBTOR ATTY      840.00                              .00
TOM VAUGHN                TRUSTEE                                            53.76
DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    840.00

PRIORITY                                         .00
SECURED                                       786.24

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16648 NELSY MARTINEZ
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                 53.76
DEBTOR REFUND                                                          .00
                                        ----------------    ----------------
TOTALS                                            840.00              840.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 05/26/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```